IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KENNETH TALTON, | : | |
| | : | |
| Petitioner, | : | Civil Action No.: |
| | : | 5:06-cv-273 (CAR) |
| vs. | : | |
| | : | |
| JAMES DONALD, Commissioner, | : | |
| | : | |
| Respondent. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (doc. 14) to dismiss the above-captioned petition for federal habeas corpus relief. Neither party filed an Objection to the Recommendation. Having reviewed the United States Magistrate Judge's Report and Recommendation, the Court agrees with the Recommendation. Accordingly, the Recommendation (doc. 14) that Respondent's uncontested Motion to Dismiss (doc. 8) be **GRANTED** is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 13th day of June, 2007.

/s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JAB/ssh